IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BARRY MICHAEL PRATT, JR.                                                                PLAINTIFF

v.                                          Case No. 1:23-cv-01037

CIRCUIT CLERK CHERRY
GOVAN                                                                                    DEFENDANT

## ORDER

    Before the Court is the Report and Recommendation filed June 9, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Plaintiff Barry Michael Pratt, Jr. has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Accordingly, pursuant to 28 U.S.C. § 1915A(b)(1) the instant action is hereby **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g), and thus, the Clerk of Court is **DIRECTED** to place a § 1915(g) flag on the case for future judicial consideration. Finally, pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal would not be taken in good faith.

    **IT IS SO ORDERED**, this 17th day of July, 2023.

    /s/ Susan O. Hickey
    Susan O. Hickey
    Chief United States District Judge